UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS ZELAYA, AMY ZELAYA AND JOSE ESPINOZA,<br><br>    Plaintiffs,<br><br>vs.<br><br>TULALIP TRIBAL POLICE DEPARTMENT AND RONALD PERRY,<br><br>    Defendants. | NO. C13-4RSL<br><br>ORDER OF REFERENCE<br>Non-Dispositive Motion<br>Pending in Civil Case |

The Court hereby refers to United States Magistrate Judge Mary Alice Theiler, pursuant to 28 U.S.C. §636(b)(1), Local Rule MJR 3, and Fed. R. Civ. P. 72(a), the following non-dispositive motion pending before this Court:

Application for Court Appointed Counsel

The Magistrate Judge shall hear and determine such motion. Any appeal from the determinations of the Magistrate Judge shall be in accordance with Fed. R. Civ. P. 72(a), 28 U.S.C. §636(b)(1)(A) and Local Rule MJR 3(b).

DATED this 14th day of March, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE